**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Gerd Nelson, William Nelson,<br><br>    Plaintiffs,<br><br>vs.<br><br>C.B. Fleet Holding Company, Incorporated,<br>a Virginia corporation; C.B. Fleet Company,<br>Inc., a Virginia corporation; and DOES 1<br>through 100,<br><br>    Defendants. | Civil No. 07-3683 (RHK/AJB)<br><br>**ORDER OF DISMISSAL<br>WITHOUT PREJUDICE<br>OF C.B. FLEET HOLDING<br>COMPANY, INCORPORATED** |

Based on the Stipulation between the parties, **IT IS ORDERED** that Plaintiffs' Complaint against C.B. Fleet Holding Company, Incorporated, only, is hereby **DISMISSED WITHOUT PREJUDICE** and without costs to any party.

Dated:  October 3, 2007

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge