**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Gerd Nelson, William Nelson, | Civil No. 07-3683 (RHK/AJB) |
| Plaintiffs, | **ORDER** |
| v. | |
| C.B. Fleet Holding Company, Inc., a Virginia corporation, | |
| Defendant. | |

---

The August 29, 2008 hearing on the Motion for jury questionnaire is **CANCELED**; the Court will review the submissions regarding a jury questionnaire and determine whether a hearing is necessary.

Counsel are advised that the undersigned has rarely utilized a jury questionnaire and will require a clear showing of good cause for a departure from its customary practice.

Dated: July 2, 2008

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge